## MOTION DOCKET

**97–2342.   Wightman v. Consol. Rail Corp.**
Erie App. No. E–97–001.   On motion for admission *pro hac vice* of Arlin M. Adams for oral argument.
Motion granted.

**98–552.   State v. Smith.**
Lucas App. No. L–94–093.   On motion for leave to supplement record.   Motion denied.
   MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–597.   State ex rel. Soukup v. Celebrezze.**
Cuyahoga App. No. 72008.   On motion to stay or hold in abeyance lower court proceedings.   Motion denied.
   RESNICK and F.E. SWEENEY, JJ., dissent.

**98–1935.   Denham v. New Carlisle.**
Clark App. No. 98CA19.   On review of order certifying a conflict.   The court determines that a conflict exists; the parties are to brief the issue stated at page 4 of the court of appeals' Decision and Entry filed August 26, 1998:
   "Having determined that our May 22, 1998 decision in the present case conflicts with *Eiland* [*v. Coldwell Banker Hunter Realty* (Aug. 14, 1997), Cuyahoga App. No. 71369, unreported], *supra*, we hereby grant appellant's motion requesting certification and certify the following issue to the Ohio Supreme Court:
   " 'When a party purports to dismiss, voluntarily and without prejudice, less than all of the claims in the action, and all of the remaining claims have been adjudicated, are the orders adjudicating the remaining claims final orders that may be reviewed on appeal?' "
   MOYER, C.J., RESNICK and F.E. SWEENEY, JJ., dissent.